1073

[No. 39157-7-I.    Division One.    June 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CLETUS MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01598-5, Patricia H. Aitken, J., entered July 25, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39165-8-I.    Division One.    June 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL G. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-02849-7, Michael Spearman, J., entered July 15, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 14848-3-III.    Division Three.    June 24, 1997.]

THE STATE OF WASHINGTON on the Relation of *Jeremy A. DeRyke, Respondent*, v. PATRICK ALLAN DERYKE, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 94-3-00650-7, John E. Bridges, J., entered May 2, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.

[No. 14975-7-III.    Division Three.    June 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANEEN M. MAY, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 94-1-00350-7, Yancey Reser, J., entered June 5, 1995. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Brown, J.